377 A.2d 998

Kehoe et ux., Appellants, v. Golden et al.

Argued June 17, 1977. Edward Rubin, with him Hamburg, Rubin, Mullin & Maxwell, for appellants; Michael A. Valenza and James D. Crawford, for appellees.

Order affirmed.

377 A.2d 998

Kohler, Appellant, v. Gethsemane Cemetery.

Argued June 20, 1977. Clement James Cassidy, with him Cassidy & Ochs, for appellant; Francis M. Mulligan, with him John C. Bradley, for appellee.

Appeal quashed.